# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140522(28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 140522
                                   COA: 293861
                                   Wayne CC: 09-004275-FC

RODNEY CARTER,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 5, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      YOUNG, C.J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011
_____

_____
Clerk

d0228